**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SEAN F. MESCALL,

                Plaintiff,

  -against-                                        23 **CIVIL** 6927 (JGLC)

                                                          **JUDGMENT**

GEO RRM RESIDENTIAL COORDINATOR
HALFWAY HOUSE TREATMENT CENTER, et al.,

                Defendants.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Order dated November 02, 2023, Petitioner's motion for a writ of habeas corpus is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

     November 03, 2023

                                                     **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        **BY:**

                                                        **Deputy Clerk**